2024R00446/EJJ



FILED

JUN 10 2024

AT 8:30 ___ 12:15 P.M.
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 24-378 |
| DANIEL TORRES | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | 21 U.S.C. § 846 |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

From at least as early as in or around November 2023, through on or about February 1, 2024, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**DANIEL TORRES**,

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Cocaine)

On or about February 1, 2024, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

## DANIEL TORRES,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

Upon conviction of the defendant DANIEL TORRES of the offenses in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) charged in Counts One and Two of this Indictment, the United States will seek forfeiture, in accordance with 21 U.S.C. § 853, of all right, title, and interest of the defendant in any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of such offenses; and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offenses; and all property traceable to such property.

Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

███████████████

FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

4

CASE NUMBER: 24-378

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DANIEL TORRES

## INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)



Foreperson

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ELI JACOBS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-3976