2024R00446/EJJ



**FILED**
NOV 1 0 2025
AT ~~8:30~~ 11:58 A.M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 24-378 |
| DANIEL TORRES | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| | : | 21 U.S.C. § 846 |

## SUPERSEDING INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

From at least as early as in or around November 2023, through on or about February 1, 2024, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**DANIEL TORRES**,

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Cocaine)

On or about February 1, 2024, in Passaic County, in the District of New Jersey, and elsewhere, the defendant,

**DANIEL TORRES**,

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did aid and abet the same.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**

Upon conviction of the defendant DANIEL TORRES of the offenses in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A), as charged in Counts One and Two of this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violations; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.



A TRUE BILL

_____
FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

/s/ *Alina Habba* / bah
ALINA HABBA
Acting United States Attorney
Special Attorney

/s/ Eli Jacobs
Eli Jacobs
Assistant United States Attorney

CASE NUMBER: 24-378

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DANIEL TORRES

## SUPERSEDING INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

A True Bill.



Foreperson

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

ELI JACOBS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-3976