IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00378 |
| v. | (Chief Judge Brann)[*] |
| DANIEL TORRES, | |
| Defendant. | |

# ORDER

**DECEMBER 22, 2025**

The defendant in this case has challenged the legality of the current leadership structure of the Office of the United States Attorney for the District of New Jersey and the authority of these individuals to supervise his prosecution. Pursuant to the Honorable Michael A. Chagares's Order designating me to hold a District Court in the District of New Jersey and transferring cases involving that issue to me,[1] the presiding Judge in this matter issued a transfer Order effectuating such reassignment.

I have reviewed the docket in this case, and I find that this challenge raises issue similar to those in *United States v. Naviwala*.[2] Based on the distinct procedural posture of this case, I believe that consolidating it with *Naviwala* would permit fuller

---

[*] The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1] Designation Order, *United States v. Naviwala*, No. 2:24-CR-0099 (D.N.J. Dec. 18, 2025), Doc. 270.

[2] Motion to Dismiss and Disqualify, *Naviwala*, No. 2:24-CR-0099 (D.N.J. Dec. 16, 2025), Doc. 269.

presentation of the relevant legal issues. Accordingly, **IT IS HEREBY ORDERED** that:

1. The trial in this matter is **ADJOURNED** and all additional trial-related deadlines are **HELD IN ABEYANCE** (*see* Doc. 93);

2. For the purposes of the motion to dismiss and disqualify (Doc. 91), this matter is **CONSOLIDATED** with *United States v. Naviwala*, No. 2:24-CR-0099 (D.N.J.);

3. The schedule for briefing this motion shall align with that of *Naviwala*;[3]

4. The Government may submit a single, omnibus brief opposing the motions in these consolidated cases;

5. The Court would prefer that the Defendants in these consolidated cases submit a single omnibus brief in reply—Defendants may continue to submit separate briefs, but any independent briefing should be entirely nonduplicative; and

6. The parties may request to submit briefs in excess of the page limitations in a consent motion if desired.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[3]   *See* Scheduling Order, *Naviwala*, No. 2:24-CR-0099 (D.N.J. Dec. 19, 2025), Doc. 272.