Dear Clerk of Courts,

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 MAR 11 A 10:55

3/5/2026

I Daniel Torres Crim. No. 24-378 (MWB) am requesting and updated copy of my docket sheet to be sent to me At:

ECCF
354 Doremus Ave
Newark N.J. 07105

Respectfully submitted,
Daniel Torres

Daniel Torres # 24701117
E.C.C.F.
354 Doremus Ave.
Newark. N.J. 07105

Clerk of Courts
50 Walnut Street
Newark N.J. 07101

XRAYED




CLERK
DISTRICT COURT
OF NEW JERSEY
RECEIVED
2026 MAR 11  A 10:55