**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:24-CR-00378 |
| v. | | (Chief Judge Brann)[*] |
| DANIEL TORRES, | | |
| Defendant. | | |

**ORDER**

**MARCH 23, 2026**

Today, the Judges of the United States District Court for the District of New Jersey appointed Robert Frazer as United States Attorney for the District of New Jersey.[1] The Government represents that it "is prepared to seek superseding indictments in *Torres* and similarly situated cases under Mr. Frazer's authority, which should moot the authority-based challenges to those charging instruments," and seeks a stay of its briefing deadline on that issue.[2]

Under these circumstances, I agree that it is appropriate to stay the Government's briefing deadline in *Torres* pending the return of a second superseding indictment, which will likely moot the challenge to his first superseding indictment. Accordingly, **IT IS HEREBY ORDERED** that:

---

[*]    The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.

[1]    *In re Appointment of United States Attorney for the District of New Jersey*, Order No. 2026-03 (D.N.J. Mar. 23, 2026) (citing 28 U.S.C. § 546(d)); *see* Doc. 126.

[2]    Doc. 126.

1. The Government's supplemental briefing deadline is **STAYED**;[3]

2. Within five days of the return of a second superseding indictment, Defendant shall take a position in a brief of no more than five pages as to whether the pending issue of his first superseding indictment is moot;

3. If a second superseding indictment is not returned in this case within two weeks of the date of this Order, the Government shall submit a letter stating whether it has sought a second superseding indictment, whether the grand jury refused to return such an indictment, and how it plans to proceed in this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

[3] *See* Doc. 121.