

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

April 3, 2026

Hon. Matthew W. Brann
Chief United States District Judge
U.S. Courthouse and Federal Office Building
240 West Third Street
Williamsport, PA 17701

  Re: *United States v. Daniel Torres*, Crim. No. 24-378

Dear Chief Judge Brann:

  The parties agree that, given Robert Frazer's appointment as United States Attorney and the return of a Second Superseding Indictment on March 27, 2026, *see* ECF 128, no issues in the pending authority challenge remain unresolved. Accordingly, the Court should transfer this case back to the Honorable Katharine S. Hayden.  The parties thank the Court for its consideration.

      Respectfully submitted,

      ROBERT FRAZER
      UNITED STATES ATTORNEY

*/s/ Jason LeBoeuf (EJ)*
Jason LeBoeuf
Counsel for Daniel Torres    Eli Jacobs
          Andrew Trombly
          Assistant U.S. Attorneys


cc:  Counsel of Record (via ECF)