# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-CR-00378 |
| v. | (Chief Judge Brann)* |
| DANIEL TORRES, | |
| Defendant. | |

## ORDER

### APRIL 8, 2026

The parties having agreed that there are no issues within the purview of my special designation remaining to be decided in this matter, **IT IS HEREBY ORDERED** that:

1. The remaining aspect of the pending motion to disqualify and dismiss (Doc. 91) is **DENIED** as moot; and

2. This case is transferred back to the original presiding Judge.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
Chief United States District Judge for
the Middle District of Pennsylvania
Specially Presiding

---

* The Honorable Matthew W. Brann, Chief United States District Judge for the Middle District of Pennsylvania, sitting by designation.