**ZIEGLER LAW GROUP, LLC**
651 OLD W. MT. PLEASANT AVENUE
SUITE 150
LIVINGSTON, NJ 07039
(973) 533-1100
JASON@ZLGLLC.COM
JASON J. LeBOEUF, ESQ. (#03361-2001)
Attorney(s) for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
UNITED STATES OF AMERICA,

- against -                                    Case No.:24-378

DANIEL TORRES,                                 CONSENT ORDER

             Defendant.

----------------------------------------------------------X

    **THIS MATTER** having been opened to the Court by Jason J. LeBoeuf, Esq. of

Ziegler                          Law                          Group,

LLC, attorney for Defendant, and notice having been sent to Defendant, and the Court having

read the papers submitted, and for good cause having been shown; it is therefore

    On this 11th day of June, 2026,

**ORDERED** that the Essex County Correctional Facility afford Defendant unfettered time

in which to review both paper and electronic discovery at the law library subject to

specific safety concerns.

    **ORDERED**    that    the    Defendant's    application    hereby    is

_____.

                                               _____
                                      The Honorable Katherine S. Hayden, U.S.D.J.