**MEMBERS**
VIKKI S. ZIEGLER-PAYNE[1]
POLINA M. DOSTALIK[2,3]
JASON J. LEBOEUF[3,♦]
FRANCINE M. ASTER[3]

**OF COUNSEL**
JARED W. DEROSSO[4]
ELIZABETH M. VINHAL[2]
TARA JONES WILLECKE[2]
CAROLE A. HAFFERTY
JOSHUA H. REINITZ[3,*]

E-Mail: jason@zlgllc.com

**ASSOCIATES**
MICHAEL J. EVANS
THOMAS A. GROSSI
KRISTEN E. BLUCHER
FAWN B. DYER[3,5]

**ZIEGLER**
—LAW GROUP LLC—

651 W. MT. PLEASANT AVE., STE. 150
LIVINGSTON, NJ 07039
PHONE: (973) 533-1100
FAX: (973) 533-1144
www.zieglerlawgroupllc.com

[1]MEMBER OF NJ, NY & DC BAR
[2]MEMBER OF NJ & NY BAR
[3]MEMBER OF NJ DISTRICT COURT
[4]MEMBER OF NY BAR ONLY
[5]MEMBER OF U.S. COURT OF CLAIMS & U.S. SUPREME COURT
♦CRIMINAL TRIAL ATTORNEY CERTIFIED BY NJ SUPREME COURT
*MUNICIPAL LAW ATTORNEY CERTIFIED BY NJ SUPREME COURT

**VIA PACER:**
The Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouses
2 Federal Square
Newark, NJ 07101

Re: <u>United States v. Daniel Torres</u>
Crim No.: 24-378

Dear Judge Hayden:

This office continues to represent Defendant, Daniel Torres, in the above-captioned matter.

I have conferred with my colleagues regarding scheduling on motions, including a motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. With the consent of AUSA Michelle L. Goldman, Defendant respectfully requests an extension of two (2) weeks to submit all motions.

As always, the Court's attention to this matter is greatly appreciated.

Respectfully Submitted,

*/s/ Jason J. LeBoeuf*
Jason J. Leboeuf, Esq.

SO ORDERED this day of July 9, 2026
<u>s/Katharine S. Hayden</u>
Hon. Katharine S. Hayden, U.S.D.J.

**REPLY TO LIVINGSTON**

NEW YORK OFFICE
107 NORTH MAIN STREET
NEW CITY, NEW YORK 10956